ALLAN BOND et al., Respondents, *v.* NORMAN K. WINSTON, Appellant.

(Submitted October 13, 1932; decided October 28, 1932.)

*George P. Halperin, Daniel Katz* and *Meyer Bodenstein* for appellant.

*Albert Massey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.